UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

GARY ALLEN FOSTER

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:07-CR-409 (GHL)

Lionel L. Hector, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s)  1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft of Government Property, in violation of Title 18 United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** July 14, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $150.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $155.00, payable no later than January 12, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT**

December 12, 2007
Date of Imposition of Sentence

December 18, 2007
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge